**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AVIS GRIFFIN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-1682** |
| | : | |
| **STATE FARM MUTUAL** | : | |
| **AUTOMOBILE INSURANCE** | : | |
| **COMPANY** | : | |

# ORDER

AND NOW, this 25th day of April 2025, upon considering Defendant's Motion to dismiss (ECF 8), Plaintiff's Oppositions (ECF 10, 11), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's Motion to dismiss (ECF 8) the amended Complaint (ECF 1-5) without prejudice to Plaintiff filing a second amended Complaint consistent with her agreed policy terms to pursue her contract claims and otherwise pleading facts (not conclusions) of the insurer's alleged bad faith on or before **May 23, 2025** or we may direct the Clerk of Court close this case without further notice.

**KEARNEY, J.**